1  SCOTTLYNN J. HUBBARD (SBN 212970)
   USDCEast@HubsLaw.com
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff
   AMY AHL-WRIGHT

7  MARK S. POSARD (SBN 208790)
   mposard@grsm.com
8  DAISY LIU (SBN 311375)
   dliu@grsm.com
9  GORDON REES SCULLY MANSUKHANI, LLP
   655 University Avenue Suite 200
10 Sacramento, CA 95825
   Telephone: (916) 565-2900
11 Facsimile: (916) 920-4402

12 Attorneys for Defendants
   THE REGENTS OF THE
13 UNIVERSITY OF CALIFORNIA;
   WILLIAM G. STRENG; and
14 THE EXTENSION PARTNERS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY AHL-WRIGHT, | CASE NO. 2:17-cv-02400-JAM-CMK |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; WILLIAM G. STRENG, as an individual; THE EXTENSION PARTNERS, a California General Partnership, | Complaint Filed: November 14, 2017<br>Trial: Not Set |
| Defendants. | |

-1-
JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

The parties hereto, Plaintiff AMY AHL-WRIGHT ("Plaintiff") and Defendants The REGENTS OF THE UNIVERSITY OF CALIFORNIA, WILLIAM G. STRENG, and THE EXTENSION PARTNERS ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the parties stipulated to extending Defendants' deadline to file a responsive pleading until January 23, 2018;

WHEREAS, Plaintiff's counsel agreed to allow Defendants extra time to respond to the Complaint so that the parties may meet and confer about this matter;

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel, that Defendants shall file and serve its responsive pleading to Plaintiff's Complaint on or before January 23, 2018.

**IT IS SO STIPULATED.**

Dated: December 26, 2017   DISABLED ADVOCACY GROUP, APLC

By:  */s/ Scottlynn J. Hubbard*
     Scottlynn J. Hubbard
     Attorney for Plaintiff
     AMY AHL-WRIGHT

Dated: December 26, 2017   GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Daisy Liu*
     Mark S. Posard
     Daisy Liu
     Attorneys for Defendants
     THE REGENTS OF THE
     UNIVERSITY OF CALIFORNIA;
     WILLIAM G. STRENG; and
     THE EXTENSION PARTNERS

## **ORDER**

The Court, having considered Plaintiff AMY AHL-WRIGHT's and Defendants The REGENTS OF THE UNIVERSITY OF CALIFORNIA, WILLIAM G. STRENG, and THE EXTENSION PARTNERS's Joint Stipulation to Defendants' Deadline to Respond to Complaint, and good cause having been shown, HEREBY ORDERS that Defendants' responsive pleading shall be filed on or before January 23, 2018.

**IT IS SO ORDERED.**

Dated: _12/27/2017
_____

/s/ John A. Mendez
United States District Court Judge

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

8011105/36074132v.1

-3-
JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT