SCOTTLYNN J. HUBBARD (SBN 212970)
USDCEast@HubsLaw.com
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
AMY AHL-WRIGHT


MARK S. POSARD (SBN 208790)
mposard@grsm.com
DAISY LIU (SBN 311375)
dliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
655 University Avenue Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY AHL-WRIGHT,<br><br>    Plaintiff,<br><br> vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; WILLIAM G. STRENG, as an individual; THE EXTENSION PARTNERS, a California General Partnership,<br><br>    Defendants. | CASE NO. 2:17-cv-02400-JAM-CMK<br><br>**AMENDED JOINT STIPULATION TO EXTEND DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S DEADLINE TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: November 14, 2017<br>Trial: Not Set |

The parties hereto, Plaintiff AMY AHL-WRIGHT ("Plaintiff") and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (the "Regents"), by and through their respective counsel of record, hereby stipulate as follows:

-1-

Amended Joint Stipulation to Extend Defendant The Regents of The University of California's
Deadline to Respond to Complaint    Case No.: 2:17-cv-02400-JAM-CMK

1 WHEREAS, Plaintiff served the Complaint on Defendant Regents on or about December 4, 2017. Plaintiff has not served Defendants WILLIAM S. STRENG and THE EXTENSION PARTNERS with the Complaint.

WHEREAS, the parties stipulated to extending the Regents' deadline to file a responsive pleading until January 23, 2018;

WHEREAS, Plaintiff's counsel agreed to allow the Regents extra time to respond to the Complaint so that the parties may meet and confer about this matter;

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff and the Regents, through their respective counsel, that the Regents shall file and serve its responsive pleading to Plaintiff's Complaint on or before January 23, 2018.

**IT IS SO STIPULATED**

Dated: January 23, 2018  DISABLED ADVOCACY GROUP, APLC

By: */s/ Scottlynn J. Hubbard* _____
  Scottlynn J. Hubbard
  Attorney for Plaintiff
  AMY AHL-WRIGHT

Dated: January 23, 2018  GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Daisy Liu* _____
  Mark S. Posard
  Daisy Liu
  Attorneys for Defendant
  THE REGENTS OF THE
  UNIVERSITY OF CALIFORNIA

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

## ORDER

The Court, having considered Plaintiff AMY AHL-WRIGHT's and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA's Amended Joint Stipulation to Extend Defendant Regents of the University of California's Deadline to Respond to Complaint, and good cause having been shown, HEREBY ORDERS that Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA's responsive pleading shall be filed on or before January 23, 2018.

**IT IS SO ORDERED.**

Dated: __1/24/2018    /s/ John A. Mendez
United States District Court Judge

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

1149166/36386515v.1

-3-

Amended Joint Stipulation to Extend Defendant The Regents of The University of California's
Deadline to Respond to Complaint    Case No.: 2:17-cv-02400-JAM-CMK