1 | SCOTTLYNN J. HUBBARD (SBN 212970)
USDCEast@HubsLaw.com
2 | DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
3 | Chico, CA 95926
Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff
AMY AHL-WRIGHT

7 | MARK S. POSARD (SBN 208790)
mposard@grsm.com
8 | DAISY LIU (SBN 311375)
dliu@grsm.com
9 | GORDON REES SCULLY MANSUKHANI, LLP
655 University Avenue Suite 200
10 | Sacramento, CA 95825
Telephone: (916) 565-2900
11 | Facsimile: (916) 920-4402

12 | Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

**EXEMPT FROM FILING FEES (GOV. CODE § 6103)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMY AHL-WRIGHT, | ) CASE NO. 2:17-cv-02400-JAM-CMK |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION REGARDING JOINT STATUS REPORT; ORDER** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; WILLIAM G. STRENG, as an individual; THE EXTENSION PARTNERS, a California General Partnership, | ) Complaint Filed: November 14, 2017<br>) Trial: Not Set |
| Defendants. | ) |

The parties hereto, Plaintiff AMY AHL-WRIGHT ("Plaintiff") and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA (the "Regents"), by and through their respective counsel of record, hereby stipulate as follows:

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

1  WHEREAS, the Court ordered the Joint Status Report to be filed within sixty (60) days of service of the complaint on any party, or February 2, 2018 [Dkt. No. 3];

WHEREAS, Regents filed a timely answer on January 23, 2018 [Dkt. No. 11];

WHEREAS, the parties have meet and conferred about the Joint Status Report but require additional time to review and submit the Joint Status Report to the Court;

WHEREAS, the parties stipulate to filing the Joint Status Report on or before February 23, 2018;

WHEREAS, Local Rule 6-144(d) of the United States District Court for the Eastern District of California provides that the parties may seek a necessary extension from the Court;

IT IS HEREBY STIPULATED by and between Plaintiff and the Regents, through their respective counsel, that the parities shall file their Joint Status Report on or before February 23, 2018.

**IT IS SO STIPULATED**

Dated: February 2, 2018             DISABLED ADVOCACY GROUP, APLC

                                    By: */s/ Scottlynn J. Hubbard*
                                        Scottlynn J. Hubbard
                                        Attorney for Plaintiff
                                        AMY AHL-WRIGHT


Dated: February 2, 2018             GORDON REES SCULLY MANSUKHANI, LLP

                                    By: */s/ Daisy Liu*
                                        Mark S. Posard
                                        Daisy Liu
                                        Attorneys for Defendant
                                        REGENTS OF THE
                                        UNIVERSITY OF CALIFORNIA

## **ORDER**

The Court, having considered Plaintiff AMY AHL-WRIGHT's and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA's Stipulation Regarding Joint Status Report, and good cause having been shown, HEREBY ORDERS that the parties file their Joint Status Report on or before February 23, 2018.

**IT IS SO ORDERED.**

Dated: 2/2/2018 /s/ John A. Mendez
Judge John A. Mendez

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825