Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

United States District Court

Eastern District of California

| | |
|---|---|
| Amy Ahl-Wright, | Case No. 2:17-cv-02400-JAM-DMC |
| Plaintiff, | |
| vs. | **Stipulation to Dismiss Case With Prejudice; Order** |
| Regents of the University of California; William G. Streng; Extension Partners, | Honorable John A. Mendez |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

IT IS HEREBY JOINTLY REQUESTED, by plaintiff Amy Ahl-Wright and defendants Regents of the University of California; William G. Streng; and, Extension Partners, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety as to all parties pursuant to Fed. R. Civ. P. 12(b)1 on the grounds that Plaintiff lacks standing under the ADAAA to pursue federal claims.

Dated: August 19, 2020          Disabled Advocacy Group, APLC


                                 /s/ Scottlynn J Hubbard, esq.    /
                                Scottlynn J Hubbard
                                Attorney for Amy Ahl-Wright

Dated: August 19, 2020          Porter Scott, PC


                                 /s/ Carl L. Fessenden            /
                                Carl L. Fessenden
                                Attorney for Regents of the University of California

Dated: August 19, 2020          Cholakian & Associates


                                 /s/Brian J. Finn, Esq.           /
                                Kevin K. Cholakian
                                Brian J. Finn
                                Attorney for William G. Streng and Extension Partners

# ORDER

Upon consideration of the Stipulation to Dismiss submitted by plaintiff Amy Ahl-Wright and defendants Regents of the University of California; William G. Streng; and, Extension Partners,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties pursuant to Fed. R. Civ. P. 12(b)1 on the grounds that Plaintiff lacks standing under the ADAAA to pursue federal claims.

Dated: August 19, 2020

/s/ John A. Mendez
United States District Judge John A. Mendez